ent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LEFKOWITZ et al., Respondents, v. JACOBOVITCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) Action by Abraham Lefkowitz and Max Horowitz against Nathan Jacobovitch and Jonas Eber. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

In re LEONARD. (Supreme Court, Appellate Division, First Department. June 25, 1906.) In the matter of Henry W. Leonard. No opinion. Respondent required to file answer within 10 days.

In re LEONARD. (Supreme Court, Appellate Division, First Department. July 12, 1906.) In the matter of Henry W. Leonard. No opinion. Present order.

LESTER, Appellant, v. GOODWIN, Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by William G. Lester against Harry B. Goodwin, impleaded, etc. S. H. Molleson, for appellant. I. H. Harris, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re LEVY. (Supreme Court, Appellate Division, Second Department. October 17, 1906.) In the matter of the application of Sigismund B. Levy for admission to the bar. No opinion. Application granted.

LEVY et al., Respondents, v. JACOBWITZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Simon Levy and David Kowal against Nathan Jacobwitz and Jonas Eber. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

LEVY, Appellant, v. LEVY, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Lea Levy against Harris Levy. A. H. Sarasohn, for appellant. C. Goldzier, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

LEVY, Appellant, v. McADOO, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Beriba Levy against William McAdoo. No opinion. Motion denied.

LEVY, Respondent, v. SALADINO, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Ike Levy against Joseph Saladino. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

LEWIS, Respondent, v. ERIE R. CO., Appellant. (Supreme Court Appellate Division, Third Department. June 27, 1906.) Action by Charlotte Lewis, as administratrix, etc., of Charles H. Lewis, deceased, against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

LINGKE, Appellant, v. SAMMIS, Respondent. (Supreme Court, Appellate Division, Second Department. September 28, 1906.) Action by Julia E. Lingke against Jacob H. Sammis. No opinion. Judgment affirmed, with costs.

LIPSHITZ, Appellant, v. SALAWAY et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Gussie Lipshitz against Samuel Salaway and others. No opinion. Order modified by inserting a provision requiring appellant, as a condition of the stay, to give security, pursuant to section 1351 of the Code of Civil Procedure, and, as modified, affirmed, without costs.

In re LITTLETON. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) In the matter of the application of Moses Littleton for admission to the bar. No opinion. Application granted.

LOEHR, Appellant, v. REINERS, Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Francis Loehr against Henry Reiners. No opinion. Judgment modified by striking out the words "on the merits," and judgment as modified and order unanimously affirmed, without costs.

In re LONG ISLAND R. CO. et al. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) In the matter of the application of the Long Island Railroad Company and another for the construction of an electric railroad on portions of Atlantic avenue in the borough of Brooklyn, etc. No opinion. Application granted, newspapers designated, and order signed.

LORD, Respondent, v. CITIZENS' STEAMBOAT CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by George Osgood Lord against the Citizens' Steamboat Company. No opinion. Motion to resettle order denied.

LOWTHER, Respondent, v. LOWTHER, Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Clarence L. Lowther against Christopher M. Lowther, impleaded, etc. W. W. Shaw, for appellant. L. E. Warren, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

LUCKEY v. MOCKRIDGE. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by David B. Luckey against Grace A. Mockridge. No opinion. Motion denied. Order filed.

LUCKEY v. MOCKRIDGE. (Supreme Court, Appellate Division, First Department. June 8, 1906.) Action by David B. Luckey against Grace A. Mockridge. No opinion. Motion denied, with $10 costs. Order filed.